IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARTIN F. CORONADO, JR., on his own behalf )
and on behalf of all others similarly situated, )
                                                                             )
                Plaintiff, )
v.                                                  )          NO.1:16-CV-00350-JCH-KK
                                                        )
FLOWERS FOODS, INC., and )
FLOWERS BAKING CO. OF EL PASO, LLC )
                                                        )
                Defendants. )
                                                        )

## **NOTICE OF SETTLEMENT**

      Plaintiff Martin F. Coronado, Jr., individually and on behalf of the opt-in Plaintiffs, (together, "Plaintiffs") and Defendants Flowers Foods, Inc. and Flowers Baking Co. of El Paso, LLC ("Defendants") file this Notice of Settlement in order to inform the Court that the parties to this lawsuit have reached a negotiated resolution of this matter in principal, including all material terms of settlement, and are in the process of finalizing settlement documents to propose to the Court for its approval, which will include dismissal of this action with prejudice. It is the parties' intention to file a Joint Motion for Approval of Settlement on or before March 24, 2022.

      WHEREFORE, in the interest of judicial efficiency, the parties advise the Court that this matter may be removed from the Court's trial docket and that all related deadlines may be adjourned.

JONES, SNEAD, WERTHEIM & CLIFFORD, P.A.

By: */s/ Jenny F. Kaufman*
JERRY TODD WERTHEIM
JENNY F. KAUFMAN
Post Office Box 2228
Santa Fe, NM 87504
(505) 982-0011

*Attorneys for Plaintiffs*

OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.

By: */s/ Margaret (Hanrahan) Santen*
AMIE M. WILLIS
MARGARET (HANRAHAN) SANTEN
201 South College St. Suite 2300
Charlotte, NC 28244
(704) 342-2588


RODEY, DICKASON, SLOAN, AKIN
 & ROBB, P.A.
P.O. Box 1888
Albuquerque, NM 87103
(505) 765-7545

*Attorneys for Defendants*